# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

VINCENT VON HAMILTON,

    Plaintiff,

v.                                          CASE NO. 5:12-cv-167-RS-CJK

H. BAXLEY, et al.,

    Defendants.

_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 24). No objections have been filed.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. Plaintiff's motion for voluntary dismissal (Doc. 23) is **GRANTED**.

3. The case is dismissed without prejudice.

4. The clerk is directed to close the file.

**ORDERED** on January 16, 2013.

                                            /S/ Richard Smoak
                                            **RICHARD SMOAK**
                                            **UNITED STATES DISTRICT JUDGE**